**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-0267-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.    DAVID YANG**,

      Defendant.

---

**ORDER RESETTING TRIAL DATE AND RELATED DEADLINES**

---

      This matter comes before the Court based on its Order granting Defendant's Motion to Suppress (ECF No. 26).  Accordingly, it is hereby ORDERED as follows:

      A.    Local Rule D.C.COLO.LCrR 11.1 applies fully to this case.  Absent an Order permitting or directing otherwise, a Notice of Disposition shall be filed **no later than 14 days before the trial date**.  Upon the filing of a Notice of Disposition the Court will generally convert the Final Trial Preparation Conference to a Change of Plea hearing, unless for good cause shown a party demonstrates the interests of justice are better served by scheduling the Change of Plea hearing at a later date;

      B.    A Final Trial Preparation Conference is hereby set for **January 8, 2015 at 4:30 p.m. in Courtroom A801**. Lead counsel who will try the case must attend in person.  Any outstanding motions may be addressed at the time of the Final Trial Preparation Conference;

C.      The parties must be prepared to address at the Final Trial Preparation Conference some or all of the issues which may affect the duration or course of the trial referenced in the Court's Revised Practice Standards applicable to such Conferences;

D.      A **4-day** jury trial is hereby set to commence in the U.S. Courthouse, **Courtroom A801**, 901 19th Street, Denver, Colorado, on **January 12, 2015 at 8:30 a.m.**; and

E.      Counsel are directed to this Court's Revised Practice Standards (effective December 1, 2014)  to ensure compliance with all deadlines triggered by the setting of the Final Trial Preparation Conference and Trial.

DATED this 5th day of December, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge