**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 14-cr-0267-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **DAVID YANG**,

    Defendant.

---

### ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS

---

Before the Court is the Government's Motion to Dismiss seeking dismissal of the one-count Indictment filed on June 30, 2014 against Defendant David Yang ("Motion"). (ECF No. 32.) The Government states that the Court's granting of Defendant's Motion to Suppress leaves it with insufficient evidence to sustain its burden of proof.

For good cause shown, the Court ORDERS as follows:

1.    The Government's Motion to Dismiss (ECF No. 32) is GRANTED;

2.    The Indictment returned June 30, 2014 (ECF No. 1) is DISMISSED.

Dated this 26th day of December, 2014.

                                              BY THE COURT:

                                              William J. Martínez
                                              United States District Judge